IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-05-70645-WDB |
| Plaintiff, | ORDER RE: TRANSPORTATION EXPENSES |
| v. | |
| SAIKO RENNE DAVENPORT, | |
| Defendant. | |

    Defendant Saiko Renne Davenport was arrested in this district based upon an indictment issued out of the District of Oregon. Ms. Davenport has now been ordered to appear before the United States District Court for the District of Oregon in Portland, Oregon on Monday, August 29 at 1:30 p.m. before Magistrate Donald C. Ashmanskas for appointment of counsel and her initial appearance on the indictment in that district. In anticipation of her arrival, a panel attorney in Portland has been identified to represent her for purposes of these proceedings.

    Defendant Davenport lives in Oakland, California. Ms. Davenport is indigent and is represented in these proceedings by appointed counsel. Defendant does not have sufficient funds to pay for her own transportation to attend the court appearance in Portland. Her prospective appointed counsel has agreed to meet her at the airport upon her arrival and drive her to the

courthouse and requests that she arrive by 11:00 a.m., if possible, to allow adequate time for transportation and for her to confer with counsel prior to her court appearance.

GOOD CAUSE APPEARING,

Because the interests of justice are served and the Court is satisfied that the defendant is financially unable to provide the necessary transportation,

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshal for the Northern District of California shall furnish transportation and subsistence expenses to the above-named defendant to enable her to travel from Oakland, California, to the District of Oregon for an initial appearance before Magistrate Donald C. Ashmanskas on Monday, August 29 at 1:30 p.m. The Court requests that her arrival in Portland be scheduled for no later than 11:00 a.m., if possible, to allow Ms. Saiko adequate time for transportation to the courthouse and to confer with counsel.

IT IS SO ORDERED.

DATED: August 23, 2005

*Wayne D. Brazil*
_____
WAYNE D. BRAZIL
United States Magistrate Judge

ORDER RE:
TRANSPORTATION EXPENSES